# PUBLIC CERTIFICATE OF SERVICE

**Oil Country Tubular Goods
from the People's Republic of China
A-570-943/ C-570-944
CIRC- Brunei & Philippines
CIT: 21-00638**

The undersigned hereby certifies that a copy of the Summons was served upon the following parties by Certified and Return Receipt Mail on December 23, 2021:

Thomas M. Beline, Esq
**Cassidy Levy Kent (USA) LLP**
900 19th Street, NW
Suite 400
Washington, DC 20006

Roger B. Schagrin, Esq.
**Schagrin Associates**
900 7th Street, NW
Suite 500
Washington, DC 20001

Gregory J. Spak, Esq.
**White & Case LLP**
701 Thirteenth Street, NW
Washington, DC 20005-3807

/s/ Betsy Baber
---
**Betsy Baber**